1  JEROME R. BOWEN, ESQ.
   Nevada Bar No. 004540
2  DANIEL P. NUBEL, ESQ.
   Nevada Bar No. 013553
3  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Ave., Suite 250
4  Las Vegas, Nevada 89129
   Telephone: (702) 240-5191
5  Facsimile: (702) 240-5797
   twilcox@lvlawfirm.com
6  *ATTORNEYS FOR PLAINTIFF*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

* * *

| | |
|---|---|
| MICHAEL HILL, | CASE No.: 2:18-cv-01350-MMD-PAL |
| Plaintiff, | |
| vs. | |
| WELLS FARGO BANK, N.A., a foreign Corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO DEFENDANTS' WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS**
**(First Request)**

The Parties have stipulated to give Plaintiff a two (2) week extension of time to file the Opposition to Defendants' Wells Fargo Bank, N.A., and U.S. Bank National Association's Motion to Dismiss (ECF No. 5) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's counsel has been traveling out of town conducting out of state meetings. Plaintiff's

counsel will not return until August 7, 2018. The Plaintiff wishes to provide the Court a complete outline of facts and issues.

The Parties request a two (2) week extension of time, up to and including, August 23, 2018, for Plaintiff to file his Opposition. This is the first extension of time requested by the Parties related to this Motion (ECF No. 5).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including August 23, 2018, to file its Opposition to Defendants' Wells Fargo Bank, N.A., and U.S. Bank National Association's Motion to Dismiss (ECF No. 5).

Dated this 1st day of August, 2018.        Dated this 1st day of August, 2018.

/s/ Jerome R. Bowen, Esq.                   /s/ Holly E. Cheong, Esq.
JEROME R. BOWEN, ESQ.                       AMY F. SORENSON, ESQ.
Nevada Bar No. 4540                         Nevada Bar No. 12495
DANIEL NUBEL, ESQ.                          ERICA J. STUTMAN, ESQ.
Nevada bar No. 13553                        Nevada Bar No. 10794
BOWEN LAW OFFICES                           HOLLY E. CHEONG, ESQ.
9960 W. Cheyenne Avenue, Suite 250          Nevada Bar No. 11936
Las Vegas, Nevada 89129                     SNELL & WILMER L.L.P.
Attorneys for Plaintiff                     3883 Howard Hughes Parkway, Suite 1100
                                            Las Vegas, Nevada 89169
                                            Attorneys for Defendants Wells Fargo Bank, N.A., and U.S. Bank National Association

IT IS SO ORDERED.

Dated: August 3, 2018

_____
UNITED STATES DISTRICT JUDGE