1  JEROME R. BOWEN, ESQ.
   Nevada Bar No. 004540
2  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Ave., Suite 250
3  Las Vegas, Nevada 89129
   Telephone: (702) 240-5191
4  Facsimile: (702) 240-5797
   twilcox@lvlawfirm.com
5  *ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL HILL,<br><br>          Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a foreign Corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES 1 through 10, and ROE CORPORATIONS 1 through 10,<br><br>          Defendants. | CASE No.: 2:18-cv-01350-MMD-PAL |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO DEFENDANTS' WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS**
**(Second Request)**

The Parties have stipulated to give Plaintiff a twelve (12) day extension of time to file the Opposition to Defendants' Wells Fargo Bank, N.A., and U.S. Bank National Association's Motion to Dismiss (ECF No. 5) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's lead counsel has been ill.

The Parties request a twelve (12) day extension of time, up to and including, September 4,

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

2018, for Plaintiff to file his Opposition. This is the Second extension of time requested by the Parties related to this Motion (ECF No. 5).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including September 4, 2018, to file its Opposition to Defendants' Wells Fargo Bank, N.A., and U.S. Bank National Association's Motion to Dismiss (ECF No. 5).

Dated this 22nd day of August, 2018.       Dated this 22nd day of August, 2018.

/s/ Jerome R. Bowen, Esq.                            /s/ Holly E. Cheong, Esq.
JEROME R. BOWEN, ESQ.                          AMY F. SORENSON, ESQ.
Nevada Bar No. 4540                                    Nevada Bar No. 12495
BOWEN LAW OFFICES                               ERICA J. STUTMAN, ESQ.
9960 W. Cheyenne Avenue, Suite 250           Nevada Bar No. 10794
Las Vegas, Nevada 89129                             HOLLY E. CHEONG, ESQ.
Attorney for Plaintiff                                     Nevada Bar No. 11936
                                                                    SNELL & WILMER L.L.P.
                                                                    3883 Howard Hughes Parkway, Suite 1100
                                                                    Las Vegas, Nevada 89169
                                                                    Attorneys for Defendants Wells Fargo Bank, N.A., and U.S. Bank National Association

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2018

Page 2 of 2