JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL HILL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., a foreign Corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES 1 through 10, and ROE CORPORATIONS 1 through 10,<br><br>　　　　　Defendants. | CASE No.: 2:18-cv-01350-MMD-PAL |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO DEFENDANTS' WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS AND OPPOSITION TO DEFENDANT MTC FINANCIAL INC. DBA TRUSTEE CORPS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND JOINDER TO MOTION TO DISMISS OF DEFENDANT WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION AND IN THEIR REQUEST FOR JUDICIAL NOTICE**
**(Third Request)**

　　　Defendant Wells Fargo Bank, N.A., and Defendant U.S. Bank Nation Association have

stipulated to give Plaintiff a three (3) day extension of time to file the Opposition to Defendants'

Wells Fargo Bank, N.A., and U.S. Bank National Association's Motion to Dismiss (ECF No. 5) in

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

this matter. The reasons supporting this stipulation are as follows: Plaintiff's lead counsel has been ill.

Defendant MTC Financial Inc., dba Trustee Corps., has stipulated to give Plaintiff an eight (8) day extension of time to file the Opposition to Defendant MTC Financial Inc., dba Trustee Corps' Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Memorandum of Points and Authorities in Support thereof and Joinder to Motion to Dismiss of Defendant Wells Fargo Bank, N.A. and U.S. Bank National Association and in their Request for Judicial Notice (ECF No. 14) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's lead counsel has been ill.

The Parties request a three (3) day extension of time, up to and including, September 7, 2018, for Plaintiff to file his Opposition. This is the Third extension of time requested by the Parties related to this Motion (ECF No. 5).

The Parties request an eight (8) day extension of time, up to and including, September 12, 2018, for Plaintiff to file his Opposition. This is the First extension of time requested by the Parties related to this Motion (ECF No. 14).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including September 7, 2018, to file its Opposition to Defendants' Wells Fargo Bank, N.A., and U.S. Bank National Association's Motion to Dismiss (ECF No. 5).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including September 12, 2018, to file its Opposition to Defendant MTC Financial Inc., dba Trustee Corps' Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Memorandum of

///
///
///
///
///

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

Points and Authorities in Support thereof and Joinder to Motion to Dismiss of Defendant Wells Fargo Bank, N.A. and U.S. Bank National Association and in their Request for Judicial Notice (ECF No. 14).

Dated this 4th day of September, 2018.                Dated this 4th day of September, 2018.

/s/ Jerome R. Bowen, Esq.                             /s/ Holly E. Cheong, Esq.
JEROME R. BOWEN, ESQ.                                 AMY F. SORENSON, ESQ.
Nevada Bar No. 4540                                   Nevada Bar No. 12495
BOWEN LAW OFFICES                                     ERICA J. STUTMAN, ESQ.
9960 W. Cheyenne Avenue, Suite 250                    Nevada Bar No. 10794
Las Vegas, Nevada 89129                               HOLLY E. CHEONG, ESQ.
Attorney for Plaintiff                                Nevada Bar No. 11936
                                                      SNELL & WILMER L.L.P.
                                                      3883 Howard Hughes Parkway, Suite 1100
                                                      Las Vegas, Nevada 89169
                                                      Attorneys for Defendants Wells Fargo Bank, N.A., and U.S. Bank National Association

Dated this 4th day of September, 2018.

/s/ Michael R. Brooks, Esq.
Richard J. Reynolds, ESQ. (SBN 11864)
Burke, Williams & Sorensen, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Kolesar & Leatham
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
Attorneys for Defendants MTC Financial, Inc. dba Trustee Corps (erroneously named herein MTC Financial Inc., dba Trustee Corps)

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 5, 2018

Page 3 of 3