Richard J. Reynolds (SBN 11864)
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363   Fax: 949.863.3350

Michael R. Brooks (SBN 7287)
E-mail: mbrooks@klnevada.com
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702.362.7800   Fax: 702.362.9472

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein as MTC FINANCIAL,
INC. dba TRUSTEE CORPS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HILL,<br><br>           Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a foreign Corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES 1 through 10, and ROE CORPORATIONS 1 through 10,<br><br>           Defendants. | Case No. 2:18-cv-01350-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS' MOTION TO DISMISS AND JOINDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Michael Hill ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Bowen Law Offices, and Defendant MTC Financial Inc. dba Trustee Corps ("Defendant"), by and through its undersigned counsel of record, the law firms of Burke, Williams & Sorensen, LLP and Kolesar & Leatham, hereby stipulate and request an order from the Court to extend the filing deadline for Defendant's reply in support of its Motion to Dismiss and Joinder ("Motion to Dismiss") filed on August 20, 2018 (ECF No. 14). This is the first

stipulation for an extension of time for Defendant to file its reply in support of its Motion to Dismiss.

Currently, Defendant's reply in support of its Motion to Dismiss is due no later than September 19, 2018. Plaintiff and Defendant request a fourteen (14) day extension of time, up to and including, October 3, 2018, for Defendant to file its reply. Defendant requires additional time to complete its research to support its reply, drafting its reply, and time for client review.

IT IS STIPULATED AND AGREED by and between Plaintiff and Defendant that Defendant shall have up to and including October 3, 2018, to file its reply in support of Defendant's Motion to Dismiss (ECF No. 14).

Dated: September 17, 2018

BOWEN LAW OFFICES
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129


By: /s/ *Jerome R. Bowen*
    Jerome R. Bowen, Esq.
    Nevada Bar No. 4540

    Attorneys for Plaintiff
    MICHAEL HILL

Dated: September 17, 2018

BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067


By: /s/ *Richard J. Reynolds*
    Richard J. Reynolds
    Nevada Bar No. 11864

    Michael R. Brooks
    Nevada Bar No. 7287
    KOLESAR & LEATHAM
    400 S. Rampart Blvd., Suite, Suite 400
    Las Vegas, NV 89145

    Attorneys for Defendant
    MTC FINANCIAL INC. dba TRUSTEE CORPS

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4829-8601-3042 v1
06190-1599

- 2 -

STIPULATION AND ORDER TO EXTEND
TIME TO FILE REPLY

**IT IS SO ORDERED.**

Dated: September 17, 2018

_____
UNITED STATES DISTRICT JUDGE

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4829-8601-3042 v1
06190-1599

- 3 -

STIPULATION AND ORDER TO EXTEND
TIME TO FILE REPLY

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of BURKE, WILLIAMS & SORENSEN, LLP, and that on the 17th day of September, 2018, I caused to be served a true and correct copy of foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND JOINDER TO MOTION TO DISMISS OF WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION AND IN THEIR REQUEST FOR JUDICIAL NOTICE** in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to Rule 5-1 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

- **Jerome R. Bowen** - twilcox@lvlawfirm.com, agomez@lvlawfirm.com
- **Michael R Brooks** - mbrooks@klnevada.com, usdistrict@klnevada.com, pferrugia@klnevada.com, ckishi@ecf.courtdrive.com
- **Holly Cheong** - hcheong@swlaw.com, mawilliams@swlaw.com, DOCKET_LAS@swlaw.com, sdugan@swlaw.com
- **Amy F. Sorenson** - asorenson@swlaw.com, smoen@swlaw.com, Docket_LAS@swlaw.com, DOCKET_SLC@swlaw.com
- **Erica J Stutman** - estutman@swlaw.com, docket_las@swlaw.com, jlundgren@swlaw.com
- **Dan P. Nubel** – dnubel@lvlawfirm.con
- **Richard J. Reynolds** - rreynolds@bwslaw.com, fcabezas@bwslaw.com, psoeffner@bwslaw.com, rjr-nef@bwslaw.com, tmims@bwslaw.com

/s/ *Patti Soeffner*
An Employee of BURKE, WILLIAMS & SORENSEN, LLP

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4829-8601-3042 v1
06190-1599

- 4 -

STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY