1    Amy F. Sorenson
Nevada Bar No. 12495
2    Erica J. Stutman
Nevada Bar No. 10794
3    Holly E. Cheong
Nevada Bar No. 11936
4    Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
5    Las Vegas, NV 89169
Telephone: (702) 784-5200
6    Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
7          estutman@swlaw.com
           hcheong@swlaw.com
8    *Attorneys for Defendants Wells Fargo Bank, N.A. and
U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL HILL,<br><br>                Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES I through 10, and ROE CORPORATIONS 1 through 10,<br><br>                Defendants. | CASE NO.: 2:18-cv-01350-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

       Plaintiff Michael Hill ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Bowen Law Offices, and Defendants Wells Fargo Bank, N.A. and U.S. Bank National Association (collectively "Defendants"), by and through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., hereby stipulate and request an order from the Court to extend the filing deadline for Defendants' reply in support of their Motion to Dismiss filed on July 26, 2018 (ECF No. 5). This is the second stipulation for an extension of time for Defendants to file their reply in support of their Motion to Dismiss.

Currently, Defendants' reply in support of their Motion to Dismiss is due no later than September 28, 2018 (ECF No. 26). Plaintiff and Defendants request a fourteen (14) day extension of time, up to and including, October 12, 2018, for Defendants to file their reply. Defendants require additional time to complete their research to support their reply and time for clients to review.

IT IS STIPULATED AND AGREED by and between Plaintiff and Defendants that Defendants shall have up to and including October 12, 2018, to file their reply in support of Defendants' Motion to Dismiss (ECF No. 5).

DATED this 24th day of September, 2018

By: */s/ Jerome R. Bowen*
  Jerome R. Bowen, Esq.
  Nevada Bar No. 4540
  Bowen Law Offices
  9960 W. Cheyenne Ave., Suite 250
  Las Vegas, Nevada 89129
  Telephone: (702) 240-5191
  Facsimile: (702) 240-5797
  *Attorneys for Plaintiff*

DATED this 24th day of September, 2018

By: */s/ Holly E. Cheong*
  Amy F. Sorenson, Esq.
  Nevada Bar No. 12495
  Erica J. Stutman, Esq.
  Nevada Bar No. 10794
  Holly E. Cheong, Esq.
  Nevada Bar No. 11936
  Snell & Wilmer, L.L.P.
  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, NV 89169
  Telephone: (702) 784-5200
  Facsimile: (702) 784-5252
  *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED: September 24, 2018

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ____X____ | Electronic Filing |

and addressed to the following:

Jerome R. Bowen, Esq.
Daniel P. Nubel, Esq.
Bowen Law Offices
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129
*Attorneys for Plaintiff Michael Hill*

Michael R. Brooks, Esq.
Kolesar & Leatham
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
*Attorneys for MTC Financial, Inc. dba Trustee Corps*

Dated: September 24, 2018    /s/ Maricris Williams
                             An Employee of Snell & Wilmer L.L.P.

4822-9410-1875