Richard J. Reynolds (NSBN 11864)
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363  Fax: 949.863.3350

Michael R. Brooks (NSBN 7287)
E-mail: mbrooks@klnevada.com
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702.362.7800  Fax: 702.362.9472

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein as MTC FINANCIAL, INC. dba TRUSTEE CORPS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL HILL,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a foreign Corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES 1 through 10, and ROE CORPORATIONS 1 through 10,<br><br>   Defendants. | Case No. 2:18-cv-01350-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS' MOTION TO DISMISS AND JOINDER**<br><br>**(SECOND REQUEST)** |

Plaintiff Michael Hill ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Bowen Law Offices, and Defendant MTC Financial Inc. dba Trustee Corps ("Defendant"), by and through its undersigned counsel of record, the law firms of Burke, Williams & Sorensen, LLP and Kolesar & Leatham, hereby stipulate and request an order from the Court to extend the filing deadline for Defendant's reply in support of its Motion to Dismiss and Joinder ("Motion to Dismiss") filed on August 20, 2018 (ECF No. 14). This is the second

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4840-6461-8356 v1
06190-1599

- 1 -

STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY

stipulation for an extension of time for Defendant to file its reply in support of its Motion to Dismiss.

Currently, Defendant's reply in support of its Motion to Dismiss is due no later than October 3, 2018. Plaintiff and Defendant request a fourteen (14) day extension of time, up to and including, October 17, 2018, for Defendant to file its reply. Defendant requires additional time to complete its research to support its reply, in drafting its reply, and time for client review.

IT IS STIPULATED AND AGREED by and between Plaintiff and Defendant that Defendant shall have up to and including October 17, 2018, to file its reply in support of Defendant's Motion to Dismiss (ECF No. 14).

Dated: September 27, 2018

BOWEN LAW OFFICES
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129


By: /s/ *Daniel Nubel*
Jerome R. Bowen, Esq., (NSBN 4540)
Daniel Nubel, Esq (NSBN 13553)

Attorneys for Plaintiff
MICHAEL HILL

Dated: September 27, 2018

BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067


By: /s/ *Richard J. Reynolds*
Richard J. Reynolds (NSBN 11864)

Michael R. Brooks (NSBN 7287)
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite, Suite 400
Las Vegas, NV 89145

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4840-6461-8356 v1
06190-1599

- 2 -

STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY

**IT IS SO ORDERED.**

DATED: September 28, 2018

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4840-6461-8356 v1
06190-1599

- 3 -

STIPULATION AND ORDER TO EXTEND
TIME TO FILE REPLY