MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com

Richard J. Reynolds (SBN 11864)
Email: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Defendant
MTC Financial, Inc. dba Trustee Corps.
(erroneously named herein as MTC FINANCIAL
INC., DBA TRUSTEE CORPS.)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL HILL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a foreign Corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES 1 through 10, and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | CASE NO. 2:18-cv-01350-MMD-PAL<br><br>**[PROPOSED] ORDER GRANTING MTC FINANCIAL INC. DBA TRUSTEE CORPS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF #14)** |

This matter came before the Court as a result of Defendant MTC Financial Inc. dba Trustee Corps' (hereinafter "Trustee Corps") Motion to Dismiss [ECF No. 14] (the "Motion"). The Court set the matter for hearing on February 1, 2018. Brandon Trout, Esq. and Jerome Bowen, Esq. of Bowen Law Offices, appearing on behalf of plaintiff Michael Hill, Erica

Stutman, Esq. of Snell & Wilmer, appearing on behalf of Defendants Wells Fargo Bank, N.A. and U.S. Bank National Association, and Michael M. Brooks, Esq. of Kolesar & Leatham appearing on behalf of MTC Financial.

The Court, having considered the arguments of counsel and the pleadings on file herein and having made all findings on the record in this matter, hereby orders as follows:

IT IS THEREFORE ORDERED that the Motion to Dismiss [ECF No. 14] is GRANTED with prejudice as to all claims.

_____
MIRANDA M. DU, DISTRICT COURT JUDGE
DATED: February 28, 2019

DATED this 25 day of February, 2019.

**KOLESAR & LEATHAM**

By _____
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
MTC Financial, Inc. dba Trustee Corps.

**APPROVED AS TO FORM:**

| BOWEN LAW OFFICES | SNELL & WILMER |
|---|---|
| By: /s/ Jerome R. Bowen<br>JEROME R. BOWEN, ESQ.<br>Nevada Bar No. 004540<br>9960 W. Cheyenne Ave., Suite 250<br>Las Vegas, Nevada 89129<br><br>*ATTORNEYS FOR PLAINTIFF* | By: /s/ Erica J. Stutman<br>AMY F. SORENSON, ESQ.<br>Nevada Bar No. 12495<br>ERICA J. STUTMAN, ESQ.<br>Nevada Bar No. 10794<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>Attorneys for Defendants Wells Fargo Bank, N.A. and U.S. Bank National Association |