Amy F. Sorenson
Nevada Bar No. 12495
Erica J. Stutman
Nevada Bar No. 10794
Holly E. Cheong
Nevada Bar No. 11936
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
　　　　estutman@swlaw.com
　　　　hcheong@swlaw.com
*Attorneys for Defendants Wells Fargo Bank, N.A. and
U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HILL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES I through 10, and ROE CORPORATIONS 1 through 10,<br><br>　　　　　　Defendants. | CASE NO.: 2:18-cv-01350-MMD-PAL<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS (ECF NO. 5) AND GRANTING WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE (ECF NO. 6)** |

Based upon review of the briefs, the Motion Hearing held on February 1, 2019 before the Honorable Miranda M. Du, the Minute Order entered by the Court on February 1, 2019 (ECF No. 45), and for the reasons set forth on the record and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Wells Fargo Bank, N.A. ("Wells Fargo") and U.S. Bank National Association's ("U.S. Bank") Request for Judicial Notice, filed July 26, 2018 (ECF No. 6) is granted.

/ / /

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Wells Fargo and U.S. Bank's Motion to Dismiss, filed July 28, 2018 (ECF No. 5) is granted in part and denied in part.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Michael Hill's ("Plaintiff") First Cause of Action for Breach of Contract is dismissed without prejudice with leave to amend within 21 days of February 1, 2019.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing, and Fifth Cause of Action for Violation of NRS 107.540 are dismissed without prejudice with leave to amend within 21 days of February 1, 2019.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Third Cause of Action of Breach of Fiduciary Duty against Wells Fargo, Fourth Cause of Action for Violation of the Nevada Foreclosure Mediation Rules, Sixth Cause of Action for Negligence, Negligent Hiring, Retention, and Supervision, Seventh Cause of Action for Economic Duress, and Eighth Cause of Action for Declaratory Relief are dismissed with prejudice.

**IT IS SO ORDERED.**

MIRANDA M. DU, DISTRICT COURT JUDGE

DATED: March 4, 2019

1  Respectfully submitted by:

2  SNELL & WILMER L.L.P.

3

4  By: */s/ Holly E. Cheong*
    Amy F. Sorenson, Esq.
    Erica J. Stutman, Esq.
5      Holly E. Cheong, Esq.
    3883 Howard Hughes Parkway, Suite 1100
6      Las Vegas, Nevada  89169
    *Attorneys for Wells Fargo Bank, N.A and*
7      *U.S. Bank National Association*

8

9  Approved as to form by:

10  DATED this 1st day of March, 2019.      DATED this 1st day of March, 2019.

11  By: */s/ Brandon J. Trout*      By: */s/ Michael R. Brooks*
    Jerome R. Bowen, Esq.       Michael R. Brooks, Esq.
12      Nevada Bar No. 4540       Kolesar & Leatham
    Brandon J. Trout, Esq.       400 S. Rampart Blvd., Suite 400
13      Nevada Bar No. 13411       Las Vegas, Nevada 89145
    Bowen Law Offices       Telephone: (702) 362-7800
14      9960 W. Cheyenne Ave., Suite 250       Facsimile: (702) 362-9472
15      Las Vegas, Nevada 89129       *Attorneys for MTC Financial, Inc. dba*
    Telephone: (702) 240-5191       *Trustee Corps.*
16      Facsimile: (702) 240-5797
17      *Attorneys for Plaintiff*

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS (ECF NO. 5) AND GRANTING WELLS FARGO BANK, N.A. AND U.S. BANK NATIONAL ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE (ECF NO. 6)** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing |

and addressed to the following:

Jerome R. Bowen, Esq.
Bowen Law Offices
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129
*Attorneys for Plaintiff Michael Hill*

Michael R. Brooks, Esq.
Kolesar & Leatham
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
*Attorneys for MTC Financial, Inc. dba Trustee Corps*

Richard J. Reynolds, Esq.
Burke, Williams & Sorensen, LLP
1851 E. First St., Suite 1550
Santa Ana, CA 92705
*Attorneys for MTC Financial, Inc. dba Trustee Corps*

Dated: March 1, 2019

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4818-5791-0663