Amy F. Sorenson
Nevada Bar No. 12495
Erica J. Stutman
Nevada Bar No. 10794
Holly E. Cheong
Nevada Bar No. 11936
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       estutman@swlaw.com
       hcheong@swlaw.com
*Attorneys for Defendants Wells Fargo Bank, N.A. and
U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HILL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES I through 10, and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | CASE NO.: 2:18-cv-01350-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PARTIAL MOTION TO DISMISS AMENDED COMPLAINT AND REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Michael Hill ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Bowen Law Offices, and Defendants Wells Fargo Bank, N.A. and U.S. Bank National Association (collectively "Defendants"), by and through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., hereby stipulate and request an order from the Court to extend the filing deadline for Plaintiff's opposition to Defendants' Partial Motion to Dismiss Amended Complaint filed on March 8, 2019 (ECF No. 57) and Defendants' reply in support of the same Motion. This is the first stipulation for an extension of time regarding Defendants' Partial Motion to Dismiss.

Currently, Plaintiff's opposition to Defendants' Partial Motion to Dismiss is due no later than March 22, 2019 (ECF No. 57).  Plaintiff and Defendants request a seven (7) day extension of time, up to and including, March 29, 2019, for Plaintiff to file his opposition.  Plaintiff requires additional time to complete his research to support his opposition.

If the extension is granted, Defendants' reply in support of their Partial Motion to Dismiss will be due April 12, 2019.   Plaintiff and Defendants also request a seven (7) day extension of time, up to and including, April 19, 2019, for Defendants to file their reply.  Defendants also anticipate needing additional time to complete research and client review of the reply.

IT IS STIPULATED AND AGREED by and between Plaintiff and Defendants that Plaintiff shall have up to and including March 29, 2019, to file his opposition to Defendants' Partial Motion to Dismiss and Defendants shall have up to and including April 19, 2019, to file their reply in support of Defendants' Partial Motion to Dismiss (ECF No. 57).

DATED this 21st day of March, 2019

By: */s/ Brandon J. Trout*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Brandon J. Trout, Esq.
Nevada Bar. No. 13411
Bowen Law Offices
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
*Attorneys for Plaintiff*

DATED this 21st day of March, 2019

By: */s/ Holly E. Cheong*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Erica J. Stutman, Esq.
Nevada Bar No. 10794
Holly E. Cheong, Esq.
Nevada Bar No. 11936
Snell & Wilmer, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED: March 25, 2019

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PARTIAL MOTION TO DISMISS AMENDED COMPLAINT AND REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS AMENDED COMPLAINT** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing |

and addressed to the following:

Jerome R. Bowen, Esq.
Brandon J. Trout, Esq.
Bowen Law Offices
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129
*Attorneys for Plaintiff Michael Hill*

Dated: March 21, 2019        /s/ Maricris Williams
                             An Employee of Snell & Wilmer L.L.P.

4841-4843-4317

- 3 -