UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL HILL,<br><br>    Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 2:18-cv-01350-MMD-PAL<br><br>ORDER<br><br>(Stip for SC – ECF No. 60) |

Before the court is the parties' Stipulation and Order for Settlement Conference (ECF No. 60). The parties request a settlement conference pursuant to LR 16-5 to assist the parties in reaching a resolution in this matter "at the earliest possible convenience.". Unfortunately, the court does not have any available dates between now and April 30, 2019 when I retire. Accordingly,

**IT IS ORDERED** that the Stipulation for Settlement Conference is **DENIED without prejudice**.

DATED this 28th day of March 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1