Amy F. Sorenson
Nevada Bar No. 12495
Erica J. Stutman
Nevada Bar No. 10794
Holly E. Cheong
Nevada Bar No. 11936
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
        estutman@swlaw.com
        hcheong@swlaw.com
*Attorneys for Defendants Wells Fargo Bank, N.A. and
U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL HILL,<br><br>               Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES I through 10, and ROE CORPORATIONS 1 through 10,<br><br>               Defendants. | CASE NO.: 2:18-cv-01350-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PARTIAL MOTION TO DISMISS AMENDED COMPLAINT AND REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Michael Hill ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Bowen Law Offices, and Defendants Wells Fargo Bank, N.A. and U.S. Bank National Association (collectively "Defendants"), by and through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., hereby stipulate and request an order from the Court to extend the filing deadline for Plaintiff's opposition to Defendants' Partial Motion to Dismiss Amended Complaint filed on March 8, 2019 (ECF No. 57) and Defendants' reply in support of the same Motion. This is the second stipulation for an extension of time regarding Defendants' Partial Motion to Dismiss.

Currently, Plaintiff's opposition to Defendants' Partial Motion to Dismiss is due no later than March 29, 2019 (ECF No. 59). Plaintiff and Defendants request a one (1) day extension of time, up to and including, April 1, 2019, for Plaintiff to file his opposition. Plaintiff requires additional time to complete his research to support his opposition.

Defendants' reply in support of their Partial Motion to Dismiss is due April 19, 2019. Plaintiff and Defendants also request a one (1) day extension of time, up to and including, April 22, 2019, for Defendants to file their reply. Defendants also anticipate needing additional time to complete research and client review of the reply.

IT IS STIPULATED AND AGREED by and between Plaintiff and Defendants that Plaintiff shall have up to and including April 1, 2019, to file his opposition to Defendants' Partial Motion to Dismiss and Defendants shall have up to and including April 22, 2019, to file their reply in support of Defendants' Partial Motion to Dismiss (ECF No. 57).

DATED this 29th day of March, 2019    DATED this 29th day of March, 2019

By: /s/ Brandon J. Trout
   Jerome R. Bowen, Esq.
   Nevada Bar No. 4540
   Brandon J. Trout, Esq.
   Nevada Bar. No. 13411
   Bowen Law Offices
   9960 W. Cheyenne Ave., Suite 250
   Las Vegas, Nevada 89129
   Telephone: (702) 240-5191
   Facsimile: (702) 240-5797
   *Attorneys for Plaintiff*

By: /s/ Holly E. Cheong
   Amy F. Sorenson, Esq.
   Nevada Bar No. 12495
   Erica J. Stutman, Esq.
   Nevada Bar No. 10794
   Holly E. Cheong, Esq.
   Nevada Bar No. 11936
   Snell & Wilmer, L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
   Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
   *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED: April 1, 2019_____

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PARTIAL MOTION TO DISMISS AMENDED COMPLAINT AND REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS AMENDED COMPLAINT** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| _____X_____ | Electronic Filing |

and addressed to the following:

Jerome R. Bowen, Esq.
Brandon J. Trout, Esq.
Bowen Law Offices
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129
*Attorneys for Plaintiff Michael Hill*

Dated: March 29, 2019                    */s/ Maricris Williams*
                                   An Employee of Snell & Wilmer L.L.P.

4845-4794-7920

- 3 -