1  Amy F. Sorenson
   Nevada Bar No. 12495
2  Erica J. Stutman
   Nevada Bar No. 10794
3  Holly E. Cheong
   Nevada Bar No. 11936
4  Snell & Wilmer L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Telephone: (702) 784-5200
6  Facsimile: (702) 784-5252
   Email: asorenson@swlaw.com
7         estutman@swlaw.com
          hcheong@swlaw.com
8  *Attorneys for Defendants Wells Fargo Bank, N.A. and
   U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HILL, | CASE NO.: 2:18-cv-01350-MMD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |
| WELLS FARGO BANK, N.A., a foreign corporation; U.S. BANK NATIONAL ASSOCIATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; and DOES I through 10, and ROE CORPORATIONS 1 through 10, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Michael Hill ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Bowen Law Offices, and Defendants Wells Fargo Bank, N.A. and U.S. Bank National Association (collectively "Defendants"), by and through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., hereby stipulate and request an order from the Court to extend the filing deadline for Plaintiff's reply in support of Plaintiff's Motion for Summary Judgment (ECF No. 85) and Defendants' reply in support of Defendants' Motion for Summary Judgment (ECF No. 83). This is the first stipulation for an extension of time regarding Plaintiff's Motion for Summary Judgment and Defendants' Motion for Summary Judgment.

Currently, Plaintiff's and Defendants' replies in support of their Motions for Summary Judgment are due no later than December 26, 2019 (ECF Nos. 86, 87). Plaintiff and Defendants request a 22-day extension of time, up to and including, January 17, 2020, for Plaintiff and Defendants to file their replies. The parties require additional time to complete their research to support their replies, and allow time for client review, taking into account travel schedules and business closures in light of the holidays.

IT IS STIPULATED AND AGREED by and between Plaintiff and Defendants that Plaintiff and Defendants shall have up to and including January 17, 2020, to file their replies in support of their Motions of Summary Judgment (ECF Nos. 85, 83).

DATED this 13th day of December, 2019

By: */s/ Jerome R. Bowen*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Bowen Law Offices
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129

Telephone: (702) 240-5191
Facsimile: (702) 240-5797
*Attorneys for Plaintiff*

DATED this 13th day of December, 2019

By: */s/ Holly E. Cheong*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Erica J. Stutman, Esq.
Nevada Bar No. 10794
Holly E. Cheong, Esq.
Nevada Bar No. 11936
Snell & Wilmer, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Wells Fargo Bank, N.A. and U.S. Bank National Association*

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED: December 16, 2019

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ____X____ | Electronic Filing |

and addressed to the following:

Jerome R. Bowen, Esq.
Bowen Law Offices
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129
*Attorneys for Plaintiff Michael Hill*

Dated: December 13, 2019        */s/ Maricris Williams*
                                                  An Employee of Snell & Wilmer L.L.P.

4850-6705-7070